IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                                                     4:15cv80-WS

MIKE WADE,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed February 27, 2015. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted. The plaintiff has filed objections (doc. 11) to the report and recommendation.

The court having reviewed the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 6) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket sheet that the case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The plaintiff's motion to appoint counsel (doc. 7) is DENIED.

DONE AND ORDERED this   27th   day of   March  , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE